■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MECCA DANIELS, Appellant. [5 NYS3d 869]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (George Villegas, J., at plea; Joseph J. Dawson, J., at sentencing), rendered on or about March 6, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been

had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Sweeny, J.P., Andrias, Manzanet-Daniels and Clark, JJ.